IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:07CR431** |
| vs. | ) | |
| | ) | **ORDER** |
| **KADHEM ALBUMOHAMED,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion [28] of Jeffrey L. Thomas and [29] of Brendan M. Kelly for leave to withdraw as counsel for the defendant. Substitute counsel, Korey L. Reiman, has entered an entry of appearance [24].

**IT IS ORDERED:**

1. The Motion to Withdraw [28] and Motion to Withdraw [29] are granted, and the appearance of Jeffrey L. Thomas and Brendan M. Kelly are hereby deemed withdrawn.

2. The trial order [27] remain in effect.

**DATED February 14, 2008.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**