IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 8:07CR431 |
| Plaintiff, | **ORDER** |
| v. | |
| KADHEM ALBUMOHAMED, | |
| Defendant. | |

IT IS ORDERED, that defendant's motion for enlargement of time to file objections to presentence report (filing 63) is granted. The defendant shall file his objections by close of business July 21, 2008.

July 18, 2008.                    BY THE COURT:


*s/ Joseph Bataillon*
United States District Judge


Order prepared by:
Reiman Law Firm
650 J Street, Suite 400
Lincoln, NE 68508